**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>**RAYMOND RAYNARD EVANS,**<br>**a/k/a "MONEY,"**<br>**Defendant.** | **Criminal No. SAG-26-278** |

**MOTION TO UNSEAL**

The United States hereby informs this Court that the above-captioned defendant has been arrested, and the indictment is therefore unsealed. The United States now moves to unseal the docket in the above-captioned case and to have the unsealed indictment placed on the docket.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: Digitally signed by ALEXANDER LEVIN
Date: 2026.08.31 11:52:02 -04'00'

Alexander Levin
Assistant United States Attorney

So ORDERED,

The Honorable J. Mark Coulson
United States Magistrate Judge

United States District Court For The District Of Maryland

August 31, 2026
Date